NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**THE BOARD OF TRUSTEES OF THE UNIVERSITY OF ILLINOIS,**
*Appellant,*

v.

**MICRON TECHNOLOGY, INC.,**
*Appellee.*

---

2014-1509

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2013-00005.

-------------------------------------------------------------------

**THE BOARD OF TRUSTEES OF THE UNIVERSITY OF ILLINOIS,**
*Appellant,*

v.

**MICRON TECHNOLOGY, INC.,**
*Appellee.*

---

2014-1510

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2013-00006.

---

**THE BOARD OF TRUSTEES OF THE UNIVERSITY OF ILLINOIS,**
*Appellant,*

v.

**MICRON TECHNOLOGY, INC.,**
*Appellee.*

2014-1511

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2013-00008.

## O R D E R

The above-captioned appeals are related.

Accordingly,

IT IS ORDERED THAT:

Appeals 2014-1509, 2014-1510, and 2014-1511 shall be considered companion cases and assigned to the same merits panel.

BOARD OF TRUSTEES v. MICRON TECHNOLOGY, INC.     3

                      FOR THE COURT

                      /s/ Daniel E. O'Toole
                      Daniel E. O'Toole
                      Clerk of Court

s30