NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**THE BOARD OF TRUSTEES OF THE UNIVERSITY OF ILLINOIS,**
*Appellant,*

v.

**MICRON TECHNOLOGY, INC.,**
*Appellee.*

---

2014-1509

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2013-00005.

----------------------------------------------------------------------

**THE BOARD OF TRUSTEES OF THE UNIVERSITY OF ILLINOIS,**
*Appellant,*

v.

**MICRON TECHNOLOGY, INC.,**
*Appellee.*

---

2014-1510

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2013-00006.

---

**THE BOARD OF TRUSTEES OF THE UNIVERSITY OF ILLINOIS,**
*Appellant,*

v.

**MICRON TECHNOLOGY, INC.,**
*Appellee.*

---

2014-1511

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2013-00008.

---

**ON MOTION**

---

**O R D E R**

The Board of Trustees of the University of Illinois moves without opposition to consolidate the above-captioned appeals for briefing and argument.

The court notes that it previously ordered these appeals to be considered companion cases and assigned to the same merits panel.

Accordingly,

IT IS ORDERED THAT:

The motion is denied.

FOR THE COURT

/s/ Daniel E. O'Toole
Daniel E. O'Toole
Clerk of Court

s30