NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**THE BOARD OF TRUSTEES OF THE UNIVERSITY OF ILLINOIS,**
*Appellant,*

v.

**MICRON TECHNOLOGY, INC.,**
*Appellee.*

---

14-1509
(Serial no. IPR2013-00005 )

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board.

---

ON MOTION

O R D E R

Upon consideration of the Appellee, Micron Technology, Inc.'s unopposed motion to extend time to file their principal brief until October 14, 2014,

IT IS ORDERED THAT:

The motion is granted.

                              FOR THE COURT

August 15, 2014　　　　　　　/s/ Daniel E. O'Toole
                                      Daniel E. O'Toole
                                      Clerk of Court